# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| SABRINA STEWART, ADMINISTRATOR OF THE ESTATE OF CHARLES D. STEWART, DECEASED,<br><br>Plaintiff<br><br>v.<br><br>VANTIVE US HEALTHCARE LLC<br><br>Defendants | CIVIL ACTION FILE NO.:<br><br>1:24-cv-04952-MHC |

## AMENDED NOTICE TO TAKE VIDEO DEPOSITION OF SABRINA STEWART

Notice is hereby given, pursuant to the Federal Rules of Civil Procedure 30, that the oral and videotaped deposition of Sabrina Stewart will be taken before a notary public or other officer authorized to administer oaths on the 29th day of July, 2025, at the hour of 10:00 a.m. <u>by remote means</u>.

The deposition will be videotaped and recorded before a certified court reporter and videographer with Naegeli Deposition & Trial.  A zoom link will be provided.  The deposition will continue from day to day until completed.  The deposition is being taken for purposes of discovery and for use as evidence in this cause and for use at trial.

#61224547v1

This 23rd day of July, 2025.

        Respectfully submitted,

        /s/ Ashley C. Webber
        ASHLEY C. WEBBER
        Marsh, Atkinson & Brantley, LLC
        271 17th Street NW
        Suite 1600
        Atlanta, GA 30363
        Telephone: (404) 600-0515
        ashley.webber@mablawfirm.com

        and

        CHRISTOPHER R. CASHEN (*Pro Hac Vice*)
        Dinsmore & Shohl LLP
        100 West Main Street, Suite 900
        Lexington, KY 40507
        Telephone: (859) 425-1000
        Facsimile: (859) 425-1099
        christopher.cashen@dinsmore.com

        *Counsel for Vantive US Healthcare LLC*

#61224547v1

## CERTIFICATE OF SERVICE

I hereby certify that on July 23, 2025, I electronically served the foregoing *Amended Notice to Take Video Deposition of Plaintiff, Sabrina Stewart* on all attorney(s) of record:

Robert K. Finnell
The Finnell Firm
P.O. Box 63
Rome, Georgia  30162
bob@finnellfirm.com


Sol H. Weiss
Miriam Benton Barish
Robert G. Devine, Jr.
One Logan Squire
130 N. 18th Street, Suite 1600
Philadelphia, PA 19103
sweiss@anapolweiss.com
mbarish@anapolweiss.com
bdevine@anapolweiss.com

*Counsel for Plaintiff*

                                               */s/ Ashley C. Webber*
                                               *Counsel for*
                                               *Vantive US Healthcare LLC*


cc:     Naegeli Deposition & Trial

#61224547v1